07 CV 11229

JUDGE SAND

596-07/MEU
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
GREEN REEFERS AS
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GREEN REEFERS AS,                                    ( )

           Plaintiff,           RULE 7.1 STATEMENT

   -against -

AGRICOLA LA LABOR S.A.,

           Defendant.
------------------------------------------------------------------x

The Plaintiff, GREEN REEFERS AS, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       December 13, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff
                                GREEN REEFERS AS

                                By: _____
                                  Michael E. Unger (MU 0045)
                                  80 Pine Street
                                  New York, NY 10005
                                  Telephone: (212) 425-1900
                                  Facsimile: (212) 425-1901

NYDOCS1/294292.1